THE AMERICAN RIVER WATER AND MINING COMPANY *v.* THE BEAR RIVER WATER AND MINING COMPANY.

Where there is no properly authenticated statement on appeal, the Supreme Court will only examine the judgment roll.

APPEAL from the District Court of the Eleventh Judicial District, County of Placer.

This was an action to recover damages, for the wrongful diversion of water from plaintiffs' ditch, and for an injunction restraining defendants, etc.

Plaintiffs had judgment and the defendants appealed. The record is voluminous, exhibiting the history of the case, but there is no statement of the case as required by our statute.

*E. B. Crocker* for Appellants.

*Catlin, French & Tuttle* for Respondents.

TERRY, C. J., delivered the opinion of the Court—BALDWIN, J., and FIELD, J., concurring.

There is in the record no properly authenticated statement of the case, and our examination must be confined to the judgment roll, which, being regular on its face, the judgment is affirmed.